UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HASAN MANAMUD,

                         Plaintiff,

   -against-

ANDREA QUARANTILLO, District Director
Citizenship and Immigration Services,

                       Defendant.
------------------------------------------------------------------X

**JUDGMENT**
07-CV-3296 (DLI)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★           ★
JUN 3 0 2008

P.M. _____
TIME A.M. _____

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been

filed on June 27, 2008, granting defendant's motion to dismiss; dismissing the case with

prejudice; and ordering that each party bear their own costs; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that

defendant's motion to dismiss is granted; that the case is dismissed with prejudice; and that

each party bear their own costs.

Dated: Brooklyn, New York
       June 30, 2008

Robert C. Heinemann
Clerk of Court

By: S/TV _____
     Terry Vaughn
     Chief Deputy of
     Court Operations